IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FERNANDO CUETO and AMBER MICHLER, individually and on behalf of all Others similarly situated,

Plaintiff,

v.

COALESCE, LLC, doing business as BENEFITELECT,

Defendant.

Civil Case No. **6:25-cv-01981-MC**
(Lead Case)

JUDGMENT

MCSHANE, Judge:

Based on the Notice of Voluntary Dismissal, ECF No. 21, (ECF No. 23 in USDC Case No. 6:25-cv-02024-AA), this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED this 4th day of August 2026.

/s/ Michael J. McShane
Michael McShane
United States District Judge